UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Glenroy Richards,

                Defendant.

---

7:17-MJ-8008(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on January 26, 2018 accepted the defendant's plea of guilty to the charge of Disorderly Conduct, in violation of New York Penal Law 240.20 in full satisfaction of the Misdemeanor Complaint filed on October 27, 2017, it is,

ORDERED, ADJUDGED AND DECREED that the Defendant, Glenroy Richards is sentenced to

    (1) A one-year Conditional Discharge on the conditions that:

        (a) There are no violations of Federal, State, or Local laws and,

        (b) The defendant must complete one hundred and fifty (150) hours of community service,

    (2) A fine of $250.00, and restitution of $6.00 with time to pay White Plains by March 21, 2018 2019 or appear on March 22, 2018 before this Court.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge